In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-03-402 CV


____________________



IN RE GERALD CLIFTON BRADBERRY






Original Proceeding






MEMORANDUM OPINION (1)


 Relator seeks a writ of mandamus to compel Gary Johnson, Executive Director of
the Texas Department of Criminal Justice, to credit his sentence with 12 months of time
credit. Our writ power extends only to enforcement of our jurisdiction and to judges of
district and county courts within this appellate district. Tex. Gov't Code Ann. § 22.221
(Vernon Supp. 2003). Johnson is not a person against whom we may issue a writ of
mandamus other than to protect our jurisdiction, and Relator has not shown that the writ
is necessary to enforce our jurisdiction.

 The petition for writ of mandamus, filed August 29, 2003, is DENIED.

 PER CURIAM

Opinion Delivered September 11, 2003 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.